83 F. 1022

### THORP. v. BONNIFIELD et al.

No. 289.

Circuit Court of Appeals, Ninth Circuit.

Jan. 3, 1898.

Harrison Bostwick and W. E. Crews, for plaintiff in error.

Richard C. Harrison, for defendants in error.

Dismissed.

See 71 F. 924.